IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Polina Volkova<br>*Plaintiff*<br><br>v.<br><br>Taiga Restaurant Corp. d/b/a "Soda Bar"<br>-and-<br>Galina Sokolova<br>*Defendants* | Case No. 20-CV-3244 (CBA) (JO)<br><br>***EX PARTE* MOTION FOR DEFAULT JUDGMENT AGAINST TAIGA RESTAURANT CORP. D/B/A "SODA BAR" AND GALINA SOKOLOVA** |

Pursuant to Fed. R. Civ. P. 55(b) and L.R. 55.2, and upon the attached affirmations of Plaintiff Polina Volkova and her attorney, Jonathan Corbett, Plaintiff moves for a default judgment against Taiga Restaurant Corp. d/b/a Soda Bar and Galina Sokolova, jointly and severally, in the amount of $168,260.65.

Dated: New York, NY

     October 16th, 2020

Respectfully submitted,

         */s/Jonathan Corbett*
Jonathan Corbett, Esq.
Attorney for Plaintiff (*pro hac vice*)
CA Bar #325608
958 N. Western Ave. #765
Hollywood, CA 90029
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:   (310) 675-7080